**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| HEATHER BOLINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:17-CV-00455-TLS-SLC |
| KROGER LIMITED PARTNERSHIP I, | ) | |
| a/k/a THE KROGER CO. d/b/a "KROGER | ) | |
| MARKETPLACE", | ) | |
| | ) | |
| Defendant. | ) | |

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Heather Bolinger and Defendant Kroger Limited Partnership I, by their undersigned counsel, hereby stipulate to the dismissal of this action, and all claims therein, with prejudice.  Each party shall bear its own attorney fees and costs.


s/Christopher C. Myers (*with permission*)
Christopher C. Myers
Attorney for Plaintiff
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN  46802

s/Jason T. Clagg
Jason T. Clagg, Esq.
(jason.clagg@btlaw.com)
Barnes & Thornburg LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana 46802
Telephone:   (260) 423-9440
Facsimile:    (260) 424-8316

1